DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANIEL P. COLLINS,

Appellant,

v.

SAUDIA WADUD,

Appellee.

No. 2D2024-2875

_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Wesley D. Tibbals, Judge.

Eric R. Maier and Jeffrey S. Koster of Older Lundy Koch & Martino, Tampa, for Appellant.

Bridget Remington and Ellen E. Ware of Ware Law Group, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

LaROSE, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.